UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                Plaintiffs,

    -against-

                                          07 CV 9741 (LAP)
Mei Zhen Liu and Lan Zhen Liu,                      ECF Case

                Defendants.

-------------------------------------------------------------------X

DECLARATIONS OF SERVICE OF SUMMONS AND COMPLAINT

    Attached are declarations of service on defendants Mei Zhen Liu and Lan Zhen Liu.

Dated:  January 22, 2008

                                                     _____s/_____
                                                     Kenneth Kimerling (KK5762)
                                                     Asian American Legal Defense and Education
                                                        Fund
                                                   99 Hudson Street
                                                   New York, New York 10013
                                                   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                    Plaintiffs,

    -against-

                                                      07 CV 9741 (LAP)

Mei Zhen Liu and Lan Zhen Liu,                      ECF Case

                    Defendants.

-------------------------------------------------------------------X

## DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT

Jennifer Fong hereby declares

1. I am over 18 years old and not a party in this matter.

2. On January 16, 2008, at around 9:30am, I was with plaintiff Yi T. Dong at the corner of Hester Street and Chrystie Street in Manhattan. Plaintiff Dong identified the respondent Mei Zhen Liu walking towards me on the street. I approached her at the corner and called her by her name, handing her an envelope with a copy of the summons and complaint, saying, "This is for you." Mei Zhen Liu took it in her hand, claiming that was not her name. She then approached Yi T. Dong, threatening him, "Yi Tian, I will get even with you."

3. Mei Zhen Liu is a slender Asian woman, about 5'3" with dark hair. That day she was wearing a long black coat with fur lining, and a hood over her head, and a small black handbag.

I SWEAR UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: January 16, 2008

                                                          _____
                                                          Jennifer Fong

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                         Plaintiffs,
    -against-

                                                                07 CV 9741 (LAP)
Mei Zhen Liu and Lan Zhen Liu,                          ECF Case

                        Defendants.

------------------------------------------------------------------X

### DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT

Feng Ying Jiang hereby declares

1. I am over 18 years old and not a party in this matter.

2. On December 11th, at around 12:30pm, I was with plaintiff Yi T. Dong as well as my colleague Stanislas Meulemans in front of 53 Chrystie Street in Manhattan. Plaintiff Dong identified the respondent Lan Zhen Liu walking out of the factory with her husband. We followed them towards the Super Taste Restaurant at 26N Eldridge Street. Stanislas Meulemans and I approached the couple before they entered the restaurant. I was behind Lan Zhen and called her by her name, and she turned around. I then handed her an envelope with a copy of the summons and complaint, saying, "This is for you." Lan Zhen Liu refused to take it, dropping it on the sidewalk and asking what it was about and that it had nothing to do with her. The couple entered the restaurant. Stanislas Meuleman then picked up the envelope and we walked into the restaurant and laid it on the table where defendant Lan Zhen Liu and her husband were sitting. Defendant Liu and her husband continued to protest that this had nothing to do with her and followed us out of the restaurant with the document in hand.

3. Lan Zhen Liu is an Asian woman, about 5'1" with short dark hair. That day she was wearing a full-length black coat with a fur collar and carrying a black handbag.

I SWEAR UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: January 9, 2008

_____
Feng Ying Jiang

## TRANSLATOR CERTIFICATION

I, JERRY WENG ,(print name) hereby swear under penalty of perjury that I am fluent in both Chinese and English and that I have correctly and accurately translated this document from English to Chinese for the declarant..

Dated:  New York, New York
        January 9, 2008

(sign)_____