UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                         Plaintiffs,

   -against-

                                                  07 CV 9741 (LAP)
Mei Zhen Liu and Lan Zhen Liu,                       ECF Case

                         Defendants.

------------------------------------------------------------------X

## CLERK'S CERTIFICATE NOTING DEFAULT

     I, J. MICHAEL McMAHON, Clerk of the United States District Court, Southern District of New York, do hereby certify that the court records in the above-entitled action indicate that the Complaint herein was filed on November 2, 2007, and that defendant Mei Zhen Liu. Was personally served on January 16, 2007, and that defendant Lan Zhen Liu was personally served on December 11, 2007.

     I further certify that the court records indicate that neither defendants Mei Zhen Liu nor defendant Lan Zhen Liu has filed an answer or otherwise moved with respect to the complaint herein; and that the time to answer or move with respect the complaint has expired.

     The defaults of defendants Mei Zhen Liu and Lan Zhen Liu are hereby noted.

Dated: February _15_ 2008
New York, New York

                                              J. MICHAEL McMAHON
                                              Clerk of the Court

                                              By:_____
                                              Deputy Clerk,