**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12th FL, NEW YORK, NY 10013-2815   212 966-5932   FAX 212 966-4303

February 15, 2008

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
New York, New York 10007

Re: <u>Dong v. Liu</u>, 07 CV 9741 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

RECEIVED
FEB 20 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

Dear Judge Preska:

    I am counsel for plaintiffs in the above referenced matter. The defendants in this matter Mei Zhen Liu and Lan Zhen Liu have failed to answer the Complaint and have defaulted. The Clerk of Court has noted the default on this date and the Clerk's Certificate has been filed. (A copy of which is attached).

    This case was as filed related to <u>Dong v. CCW Fashion, Inc.</u> 06 CV 4973 (LAP)(DFE) (hereinafter "CCW Fashion"). Both matters are almost exactly the same. The only difference is that the two defendants in the instant matter were either not named or not served in the CCW Fashion matter. Defendant Mei Zhen Liu was named in the earlier lawsuit but not timely served, and defendant Lan Zhen Liu was not named in the earlier suit as her full name was not known to plaintiffs at that time. The legal claims and the damages are exactly the same. The claims grow out of the non-payment of lawful wages by the defendants who owned and ran the garment factory where plaintiffs worked.

    The defendants in CCW Fashion also defaulted, and plaintiffs moved for a default judgment which is presently pending before the Court. Plaintiffs in the instant matter request that the Court consolidate the instant matter, 07 CV 9741, with the earlier case, 06 CV 4973. This will allow the Court to issue a single default judgment against all the defendants in both matter and avoid the duplication of papers that have already been submitted to the Court. If the Court grants the consolidation and authorizes plaintiffs to file for a default judgment in the instant matter, plaintiffs will serve the defendants by mail at the factory with copies of the papers that have already been served and filed in the CCW Fashion case.

Wherefore plaintiffs respectfully request that the instant matter 07 CV 9741 be consolidated with 06 CV 4973 and the plaintiffs be permitted to file for a default judgment on the papers already submitted in the 06 CV 4973.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 20, 2008

Respectfully,

Kenneth Kimerling
Attorney for Plaintiffs

Cc: Mei Zhen Liu
c/o 53 Fashion Inc.
53 Chrystie St.
New York, N.Y. 10002

Lan Zhen Liu
c/o 53 Fashion Inc.
53 Chrystie St.
New York, N.Y. 10002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                       Plaintiffs,

   -against-

                                                   07 CV 9741 (LAP)

Mei Zhen Liu and Lan Zhen Liu,                ECF Case

                       Defendants.

------------------------------------------------------------X

## CLERK'S CERTIFICATE NOTING DEFAULT

I, J. MICHAEL McMAHON, Clerk of the United States District Court, Southern District of New York, do hereby certify that the court records in the above-entitled action indicate that the Complaint herein was filed on November 2, 2007, and that defendant Mei Zhen Liu. Was personally served on January 16, 2007, and that defendant Lan Zhen Liu was personally served on December 11, 2007.

I further certify that the court records indicate that neither defendants Mei Zhen Liu nor defendant Lan Zhen Liu has filed an answer or otherwise moved with respect to the complaint herein; and that the time to answer or move with respect the complaint has expired.

The defaults of defendants Mei Zhen Liu and Lan Zhen Liu are hereby noted.

Dated: February _15_ 2008
New York, New York

                                                   J. MICHAEL McMAHON
                                                 Clerk of the Court

                                          By:_____
                                          Deputy Clerk,