UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                        Plaintiffs,

    -against-

                                                07 CV 9741 (LAP)

Mei Zhen Liu and Lan Zhen Liu,              ECF Case

                        Defendants.

-------------------------------------------------------------------X

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that the Plaintiffs upon the declaration of Kenneth Kimerling, their counsel, and upon the Notice of Motion with attached declarations and exhibits and Plaintiffs' Memorandum of Law in Support of a Default Judgment in <u>Dong v. CCW Fashion Inc</u> 06 CV 4973 (SDNY) filed on December 5, 2007, and upon all prior papers and proceedings herein, will move this Court before the Honorable Loretta A. Preska, United States District Judge, for a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure against defendants Mei Zhen Liu and Lan Zhen Liu in the amount of $102,624.91 in damages and $350 in costs.

    Defendants' responding papers are due 14 days after service.

Dated: February 20, 2008

                                                  _____s._____
                                                  Kenneth Kimerling (KK5762)
                                                  Asian American Legal Defense and
                                                     Education Fund
                                                  99 Hudson Street
                                                 New York, New York 10013
                                                 212-966-5932
                                                 Attorneys for Plaintiffs

TO:

Mei Zhen Liu
c/o 53 Fashion Inc.
53 Chrystie St.
New York, NY 10002

Lan Zhen Liu
c/o 53 Fashion Inc.
53 Chrystie St.
New York, N.Y.

Defendants