DECLARATION OF SERVICE

I, Kenneth Kimerling, hereby declare under penalty of perjury that on February 20, 2008, I served, by first-class U.S. Mail, a copy of the attached Notice of Motion with the Declaration of Kenneth Kimerling as well as the Notice of Motion with supporting declarations and exhibits and Plaintiffs' Memorandum of Law in Dong v. CCW Fashion Inc.. 06 CV 4973 (SDNY) upon the defendants at their last known address:

Mei Zhen Liu
c/o 53 Fashion Inc.
53 Chrystie St.
New York, N.Y. 10002

Lan Zhen Liu
c/o 53 Fashion Inc.
53 Chrystie St.
New York, N.Y. 10002

Dated: February 20, 2008

_____s/_____
Kenneth Kimerling (KK5762)