USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
YI T. DONG & RU H. ZHAO,            :
                                    :
                    Plaintiffs,     :   06 Civ. 4973 (LAP)
                                    :
    -v.-                            :
                                    :
CCW FASHION INC., GOLDEN PHOENIX    :
CLOTHING INC., 53 FASHION INC.,     :
FA MING LIU a.k.a. JIMMY LIU,       :
BI FENG ZHOU a.k.a. JOYCE ZHOU,     :
& MEI ZHEN LIU                      :
                                    :
                    Defendants.     :
                                    :
------------------------------------x

------------------------------------x
                                    :
YI T. DONG & RU H. ZHAO,            :
                                    :
                    Plaintiffs,     :   07 Civ. 9741 (LAP)
                                    :
    -v.-                            :   ORDER
                                    :
MEI ZHEN LIU & LAN ZHEN LIU,        :
                                    :
                    Defendants.     :
                                    :
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

   On June 2, 2008, I granted Plaintiffs' motion for default judgment as to Defendants Mei Zhen Liu, Lan Zhen Liu defendant 53 Fashion, Inc., and the portion of this action concerning those Defendants has been referred to Magistrate Judge Eaton for an inquest as to damages.  In the same Order, I denied Plaintiffs' motion for default judgment as to CCW Fashion, Inc., Golden Phoenix Clothing, Inc., Bi Feng Zhou and Fa Ming Liu, but ordered

those Defendants to show cause on this date "why their Answer should not be stricken and judgment entered against them in light of their failure to respond to Plaintiffs' discovery requests." Order at 4, Dong v. Liu, 06 Civ. 4973, 07 Civ. 9741 (June 2, 2008). To date, the Court has received no papers or correspondence from those Defendants and, accordingly, their Answer is stricken, a default judgment shall be entered against them forthwith for their failure to respond to discovery requests, and the matter is referred to Magistrate Judge Eaton for an inquest on damages.

SO ORDERED:

DATED:   New York, New York
         June 20, 2008

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.