USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YI T. DONG & RU H. ZHAO,

    Plaintiffs,

-V-

CCW FASHION INC. et.al.,

    Defendants..
-------------------  ------------------------------------X
YI T. DONG & RU H. ZHAO,

    Plaintiffs,

-V-

MEI ZHEN LIU & LAN ZHEN LIU,

    Defendants.
------------------------------------------------------------X

06 CIVIL 4973 (LAP)
JUDGMENT

07 CIVIL 9741 (LAP)

  Whereas, on June 2, 2008, the Court having granted plaintiffs' motion for default judgment as to defendants Mei Zhen Liu, Lan Zhen Liu defendant 53 Fashion, Inc., and the portion of this action concerning those defendants having been referred to Magistrate Judge Eaton for inquest, the Court in that same Order having denied plaintiffs' motion for default judgment as to CCW Fashion, Golden Phoenix Clothing, Bi Feng Zhou and Fa Ming Liu, but ordered those defendants to show cause "why their answer should not be stricken and judgment entered against them in light of their failure to respond to plaintiffs' discovery requests", and since to date, the Court having received no papers from those defendants and, accordingly, their answer is stricken and a default judgment shall be entered against them for failure to respond to discovery requests, and the matter is referred to Magistrate Judge Eaton for an inquest as to damages, it is,

  **ORDERED, ADJUDGED AND DECREED**, that for the reasons stated in the Court's Order dated: June 20, 2008, default judgment is hereby entered in favor of the plaintiff and against the defendants, CW Fashion, Golden Phoenix, Bi Feng Zhou, and Fa Ming Liu; their answer is stricken and the matter of damages is referred to Magistrate Judge Eaton for inquest.

DATED: NEW YORK, NY

  June 23, 2008

               J. Michael McMahon

              BY _____
                Dep. Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____