UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                              Plaintiffs,
        -against-                                    **06 CV 4973 (LAP)(DFE)**
CCW Fashion Inc.; Golden Phoenix Clothing Inc.;       ECF CASE
53 Fashion Inc.; Fa Ming Liu a.k.a. Jimmy Liu;
Bi Feng Zhou a.k.a. Joyce Zhou; and Mei Zhen Liu,

                              Defendants.

------------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                              Plaintiffs,
        -against-
                                      **07 CV 9741 (LAP) (DFE)**
Mei Zhen Liu and Lan Zhen Liu,                        ECF Case

                              Defendants.

------------------------------------------------------------------------X

### PLAINTIFFS' SUBMISSION IN THE INQUEST FOR THE DETERMINATION OF DAMAGES AGAINST DEFAULTING DEFENDANTS

      PLEASE TAKE NOTICE that plaintiffs in above referenced matters hereby submit the following documents in support of default judgment against defendants CCW Fashions, Inc., Golden Phoenix Clothing Inc., 53 Fashion Inc., Fa Ming Liu a.k.a. Jimmy Liu, and Bi Feng Zhou a.k.a. Joyce Zhou in Civil Matter No. 06 CV 4973 and in support of a default judgment against defendants Mei Zhen Liu and Lan Zhen Liu in Civil Matter No. 07 CV 9741: Supplemental Declaration of Kenneth Kimerling in Support of Default Judgment dated July 15, 2008; Declaration of Kenneth Kimerling dated December 4, 2007; and Plaintiffs' Memorandum of Law in Support of Default Judgment dated December 4, 2007.

Pursuant to the Scheduling Order dated July 8, 2008 of the Honorable Magistrate Judge Douglas F. Eaton, defendants' responding papers are due no later than August 18, 2008.

Dated: July 15, 2008

                                                           _____s/_____
                                                          Kenneth Kimerling
                                                          Attorney for Plaintiffs

TO:
Bruce Fenton
Attorney at Law
48 Wall Street
New York, NY 10005
Attorney for CCW Fashion, Inc.,
Golden Pheonix Clothing Inc.
Fa Ming Liu
Bi Feng Zhou

53 Fashion, Inc.
53 Chrystie St.
New York, NY 10002

Mei Zhen Liu
c/o 53 Fashion, Inc.
53 Chrystie St.
New York, NY 10002

Lan Zhen Liu
c/o 53 Fashion, Inc.
53 Chrystie St.
New York, NY 10002