UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                        Plaintiffs,

             -against-                     **06 CV 4973 (LAP)(DFE)**
CCW Fashion Inc.; Golden Phoenix Clothing Inc.;     ECF CASE
53 Fashion Inc.; Fa Ming Liu a.k.a. Jimmy Liu;
 Bi Feng Zhou a.k.a. Joyce Zhou; and Mei Zhen Liu,

                        Defendants.

-------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                        Plaintiffs,

             -against-

Mei Zhen Liu and Lan Zhen Liu,          **07 CV 9741 (LAP) (DFE)**
                                 ECF Case

                        Defendants.

-------------------------------------------------------------------X

## DECLARATION OF SERVICE

      I, Kenneth Kimerling, hereby declare under penalty of perjury that on July 15,

2008, I served by the following documents: Plaintiffs' Submission In The Inquest For

The Determination Of Damages Against Defaulting Defendants dated July 15, 2008;

Supplemental Declaration of Kenneth Kimerling in Support of Default Judgment dated

July 15, 2008; Declaration of Kenneth Kimerling dated December 4, 2007; and Plaintiffs'

Memorandum of Law in Support of Default Judgment dated December 4, 2007, on

defendants or their counsel by at the addresses and by the means listed below:

BY ECF
Bruce Fenton
Attorney at Law
48 Wall Street
New York, NY 10005

Attorney for CCW Fashion, Inc.,
Golden Pheonix Clothing Inc.
Fa Ming Liu
Bi Feng Zhou

BY FIRST CLASS MAIL
53 Fashion, Inc.
53 Chrystie St.
New York, NY 10002

Mei Zhen Liu
c/o 53 Fashion, Inc.
53 Chrystie St.
New York, NY 10002

Lan Zhen Liu
c/o 53 Fashion, Inc.
53 Chrystie St.
New York, NY 10002

Dated: July 15, 2008

_____s/_____<br>
Kenneth Kimerling