**EXHIBIT D-1**

# ZHAO'S DAMAGES
# FIRST CASE 06 CV 4973

**Zhao's Minimum Wage & OT Claim**

| # | End Period | #day/wk | # hrs/day | # hrs/wk | Wage Rec. | Hr. Rate or MW | OT & MW Owed | Spread of Hours |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/28/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 2 | 3/5/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 3 | 3/12/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 4 | 3/19/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 5 | 3/26/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 6 | 4/2/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 7 | 4/9/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 8 | 4/16/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 9 | 4/23/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 10 | 4/30/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 11 | 5/7/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 12 | 5/14/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 13 | 5/21/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 14 | 5/28/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 15 | 6/4/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 16 | 6/11/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 17 | 6/18/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 18 | 6/25/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 19 | 7/2/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 20 | 7/9/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 21 | 7/16/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 22 | 7/23/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 23 | 7/30/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 24 | 8/6/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 25 | 8/13/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 26 | 8/20/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 27 | 8/27/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 28 | 9/3/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 29 | 9/10/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 30 | 9/17/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 31 | 9/24/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 32 | 10/1/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 33 | 10/8/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 34 | 10/15/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 35 | 10/22/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 36 | 10/29/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 37 | 11/5/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 38 | 11/12/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 39 | 11/19/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $36.05 |
| 40 | 11/26/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 41 | 12/3/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 42 | 12/10/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 43 | 12/17/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 44 | 12/24/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 45 | 12/31/04 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 46 | 1/7/05 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 47 | 1/14/05 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 48 | 1/21/05 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |

## ZHAO'S DAMAGES
## FIRST CASE 06 CV 4973

| # | End Period | #day/wk | # hrs/day | # hrs/wk | Wage Rec. | Hr. Rate or MW | OT & MW Owed | Spread of Hours |
|---|---|---|---|---|---|---|---|---|
| 49 | 1/28/05 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 50 | 2/4/05 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 51 | 2/11/05 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 52 | 2/18/05 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 53 | 2/25/05 | 7 | 12 | 84 | $512.04 | $6.10 | $134.10 | $42.00 |
| 54 | 3/4/05 | 7 | 12 | 84 | $204.81 | $2.44 | $53.64 | $42.00 |
| 55 | 3/11/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 56 | 3/18/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 57 | 3/25/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 58 | 4/1/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 59 | 4/8/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 60 | 4/15/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 61 | 4/22/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 62 | 4/29/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 63 | 5/6/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 64 | 5/13/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 65 | 5/20/05 | 7 | 12 | 84 | | $6.00 | $510.00 | $42.00 |
| 66 | 5/27/05 | 5 | 12 | 60 | | $6.00 | $366.00 | $30.00 |

|  |  |  |
|---|---|---|
|  | $13,137.19 | $2,203.95 |
| FLSA and/or NYS Liq Damages | $16,421.49 | $550.99 |
| | $29,558.68 | $2,754.94 |

NonPay    $5,834.73
Weeks          11.40

TOTAL MW, OT & SOH OWED    **$32,313.61**

5% kickback         $1,368.72
NYS Liq Dam          $342.18
Total Owed         **$1,710.90**

Prejudgment Interest Spread of Hours & Kickback Wages
Mid Point      6/15/2006
      2/28/04
      10/1/08
Years since midpoint    2.29726
S.O.H & Kickback Owed   $3,572.67
Interest owed    **$738.66**

Exhibit D-1                                                                                          2