**EXHIBIT E-1**

# DAMAGES FIRST CASE
# 06 CV 4973

| Item | Yi Dong | Ru Zhao |
|---|---:|---:|
| | | |
| Overtime & Min. Wage & Spread of Hours Claims | $80,534.12 | $32,313.61 |
| 5% Kick Back | $1,036.76 | $1,710.90 |
| Interest Owed | $892.13 | $738.66 |
| **Subtotal** | **$82,463.01** | **$34,763.18** |
| Non payment recovered | *$2,800.00* | *$2,800.00* |
| **Total Owed** | **$79,663.01** | **$31,963.18** |

Exhibit E-1