**EXHIBIT E-1**

# DAMAGES SECOND CASE
# 07 CV 9741

| Item | Yi Dong | Ru Zhao |
|---|---|---|
|  |  |  |
| Overtime & Min. Wage & Spread of Hours Claims | $65,460.12 | $27,756.74 |
| 5% Kick Back | $1,036.76 | $1,710.90 |
| Interest Owed | $1,062.23 | $1,831.53 |
| **Subtotal** | **$67,559.12** | **$31,299.18** |
| Non payment recovered | *$2,800.00* | *$2,800.00* |
| **Total Owed** | **$64,759.12** | **$28,499.18** |

Exhibit E-2