**EXHIBIT G-2**

**DONG'S DAMAGE CLAIM**
**SECOND CASE 07 CV 9741**

| End Period | #Day/Wk | #Hrs/Day | #Hrs/wk | Hr Rate | Min Wage | OT | Total MW & OT Due | Total Wages Paid | MW & OT Owed | Spread of Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/28/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/5/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/12/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/19/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/26/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/2/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/9/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/16/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/23/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/30/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 12/7/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 12/14/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 12/21/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 12/28/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 1/4/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 1/11/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 1/18/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 1/25/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/1/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/8/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/15/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/22/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/29/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 3/7/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 3/14/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 3/21/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 3/28/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 4/4/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 4/11/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 4/18/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 4/25/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/2/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/9/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/16/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/23/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/30/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 6/6/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 6/13/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 6/20/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 6/27/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 7/4/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 7/11/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 7/18/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 7/25/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 8/1/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 8/8/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 8/15/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 8/22/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 8/29/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 9/5/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 9/12/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 9/19/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |

# DONG'S DAMAGE CLAIM
## SECOND CASE 07 CV 9741

| Date | Days | Hrs | Tot Hrs | Rate | Reg | OT | Total | Paid | Owed | SOH |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/3/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/10/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/17/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $131.65 | $414.25 | $36.05 |
| 10/24/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 |  | $545.90 | $36.05 |
| 10/31/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 |  | $545.90 | $36.05 |
| 11/7/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 11/14/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 11/21/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 11/28/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 12/5/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 12/12/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 12/19/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 12/26/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 1/2/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 1/9/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 1/16/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 1/23/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 1/30/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 2/6/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 2/13/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 2/20/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 2/27/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 3/6/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 3/13/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 3/20/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 3/27/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 4/3/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 4/10/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 4/17/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 4/24/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 5/1/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 5/8/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 5/15/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 5/22/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 |  | $636.00 | $42.00 |
| 5/29/05 | 5 | 12 | 60 | $6.00 | $360.00 | $60.00 | $420.00 |  | $420.00 | $30.00 |
|  |  |  |  |  |  |  |  |  | $33,938.00 | $3,338.90 |

| | | | | |
|---|---|---|---|---|
| NonPay | $9,441.28 | | FLSA Damages | $18,864.00 |
| Weeks | 31.56 | | FLSA Liq. Damages | $18,864.00 |
| | | | NYS Damages | $15,074.00    $3,338.90 |
| | | | NYS Liq. Damages | $8,484.50    $834.73 |
| Piece rate wages received | $16,588.20 | | Totals | $61,286.50    $4,173.63 |
| 5% of the Cash - Kick back | $829.41 | | | |
| Liq.Dam. | $207.35 | | TOTAL MW, OT, & SOH Owed | **$65,460.12** |
| | **$1,036.76** | | | |

Prejudgment Interest Spread of Hours & Kickback Wages
Mid Point     12/2/2005
    2/3/03
    10/1/08
Years since midpoint     2.831507
S.O.H & Kickback Owed    $4,168.31
Interest owed    **$1,062.23**

Exhibit G-2                                                                 2