**EXHIBIT L**

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 06CV4973　　　　　　　　　　　　　　　　　Purchased/Filed: June 28, 2006

STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF

Yi T. Dong and Ru H. Zhao　　　　　　　　　　　　Plaintiff

against

CCW Fashion Inc., et al　　　　　　　　　　　　　　Defendant

STATE OF NEW YORK
COUNTY OF ALBANY　　SS.:

_____Diane Koehler_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____October 2, 2006_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Complaint, Judges Rules and ECF Rules

on

_____53 Fashion Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__　Approx. Wt: __118__　Approx. Ht: __5'__
Color of skin: __White__　Hair color: __Brown__　Sex: __F__　Other: _____

Sworn to before me on this

__4th__ day of _____October, 2006_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Diane Koehler

Invoice•Work Order # SP0603387

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                Plaintiffs,

    -against-                                          06 CV 4973 (LAP)(DFE)

CCW Fashion Inc.; Golden Phoenix Clothing Inc.;      ECF CASE
53 Fashion Inc.; Fa Ming Liu a.k.a. Jimmy Liu;
Bi Feng Zhou a.k.a. Joyce Zhou; and Mei Zhen Liu,

                Defendants.
-----------------------------------------------------------------X

### CLERK'S CERTIFICATE NOTING DEFAULT

I, J. MICHAEL McMAHON, Clerk of the United States District Court, Southern District of New York, do hereby certify that the court records in the above-entitled action indicate that the Complaint herein was filed on June 28, 2006, and that defendant 53 Fashion Inc. was served through the New York State Secretary of State on October 2, 2006, *Filed on 11/27/06*

I further certify that the court records indicate that Defendant 53 Fashion Inc. has not filed an answer or otherwise moved with respect to the complaint herein; and that the time to answer or move with respect the complaint has expired.

The default of defendant 53 Fashion Inc. is hereby noted.

Dated: November *27*, 2007
New York, New York

                                                  J. MICHAEL McMAHON
                                                  Clerk of the Court

                                                  By: _____
                                                  Deputy Clerk,