**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Yi T. Dong and Ru H. Zhao,

Plaintiffs,

-against-

06 CV 4973 (LAP)(DFE)

ECF CASE

CCW Fashion Inc.; Golden Phoenix Clothing Inc.;
53 Fashion Inc.; Fa Ming Liu a.k.a. Jimmy Liu;
Bi Feng Zhou a.k.a. Joyce Zhou; and Mei Zhen Liu,

Defendants.

---------------------------------------------------------------X

**DECLARATION OF RU H. ZHAO**

1. I am a plaintiff is this case and submit this declaration in support of the application for a default judgment.
2. I worked as hanger in a factory run by defendants CCW Fashion, Inc. Fa Ming Liu and his wife Bi Feng Zhou from about February 2004 until the end of May 2005. I hung and/or packaged the finished garments, after buttoning them when needed and adding labeling.
3. I was paid by the piece for my work. I worked together with another hanger and we submitted our piece work together and split the payment. The boss took a 5% kickback from our cash wages. I was not paid on a regular basis.
4. I worked 7 days a week at least 12 hours a day, starting at 9:00 a.m. in the morning and working with only a short break for lunch until 9:30 in the evening and even later if we were required to finish some work.

5. I kept a copy of my piece production in a book. I have attached a copy of a page of that book. I reviewed my records and helped prepare a chart of my wages and the dates that I was paid, that I have given to my attorney.

6. In addition, I was not paid for the last few months of my employment. I reviewed my piece rate records and calculated that my unpaid wages were $5834.73.

7. In June 2005, I had complained to the United States Department of Labor about my unpaid wages. DOL was able to obtain some money from boss for these unpaid wages. I received three payments totaling $2800, but then the boss stopped paying DOL.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: November 19, 2007

Zhao Ru Hui

RU H. ZHAO

TRANSLATOR CERTIFICATION

I, JERRY WENG (PRINT NAME), hereby swear under penalty of perjury that I am fluent in both Chinese and English and that I have correctly and accurately translated this document from English to Chinese.

Dated: New York, New York
November 19, 2007

(sign name)

2 13日 3月

| | | | | | |
|---|---|---|---|---|---|
| 1375 | 2893 ✓ | 8.5 | 5K | ✓ | 8400 |
| 707 | 2955 ✓ | 12.5 | 布带 | 1198 | 1200 |
| 1488 | 2966 ✓ | 12.5 | 皮带 | 3770 | 3780 |
| 1292 | 3038 ✓ | 12.5 | | 749 | 750 |
| 1002 | 2903 ✓ | 8.5 | | ✓ | 816 |
| 1464 | 2971 ✓ | 8.5 | [illegible] | 4478 | 4800 |
| 1017 X | 3770 包装 ✓ | 8.5 | | ✓ | 720 |
| 1004 X | 3776 包装 ✓ | 8.5 | | ✓ | 720 |
| 1464 | 2935 ✓ | 8.5 | | 238 | 240 |
| ~~1464~~ | ~~2969~~ | ~~8.5~~ | X | | ~~3600~~ |

上下

16321 × 8.5 = 1387.28

4966 × 12.5 = 621.00

2426

1397.91

622.51

2020.42 × 0.95% = 1919.39

1908 ✓

101.03