**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Yi T. Dong and Ru H. Zhao,

                    Plaintiffs,                   06 CV 4973 (LAP)(DFE)

     -against-

CCW Fashion Inc.; Golden Phoenix Clothing Inc.;     ECF CASE
53 Fashion Inc.; Fa Ming Liu a.k.a. Jimmy Liu;
Bi Feng Zhou a.k.a. Joyce Zhou; and Mei Zhen Liu,

                   Defendants.

-------------------------------------------------------------------X

### DECLARATION OF YI T. DONG

1. I am a plaintiff is this case and submit this declaration in support of the application for a default judgment.

2. I worked as an ironer in a factory run by defendants CCW Fashion, Inc. Fa Ming Liu and his wife Bi Feng Zhou from about last week of September 2003 until the end of May 2005.

3. I was paid by the piece for my work along with another ironer. We submitted a piece record for both of us and split the wages that we were paid. The boss took a 5% kickback from our cash wages. I was not paid on a regular basis.

4. I worked 7 days a week at least 12 hours a day, starting at 8:00 a.m. in the morning and working with only a short break for lunch until 8:30 in the evening and even later if we were required to finish some work.

5. I kept a copy of my piece production in a book with by co-worker. I have attached a copy of a page of that book. I reviewed my records and helped prepare a chart of my wages and the dates that I was paid, that I have given to my attorney.

1

6. In addition, I was often not paid for my employment. I reviewed my piece rate records and calculated that my unpaid wages were $9441.28.

7. In June 2005, I had complained to the United States Department of Labor about my unpaid wages. DOL was able to obtain some money from boss for these unpaid wages. I received three payments, totaling $2800, but then the boss stopped paying DOL.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

Dated: December 30, 2007

DONG TIAN YT

YI T. DONG

## TRANSLATOR CERTIFICATION

I, Li YAT HUNG (PRINT NAME), hereby swear under penalty of

perjury that I am fluent in both Chinese and English and that I have correctly and accurately

translated this document from English to Chinese.

Dated:   New York, New York
         December ___, 2007

(sign name)

3

