CCW FASHION

# RU H. ZHAO
Average wages and 5% kickback calculation

| DATE | PIECE-RATE WAGES PAID 2 WORKERS | ZHAO'S WAGES |
|---|---:|---:|
| 2/28/2004 | $1,713.60 | $856.80 |
| 3/13/2004 | $2,020.42 | $1,010.21 |
| 3/20/2004 | $2,262.56 | $1,131.28 |
| 3/27/2004 | $1,425.54 | $712.77 |
| 4/11/2004 | $1,317.45 | $658.73 |
| 4/17/2004 | $1,415.78 | $707.89 |
| 4/24/2004 | $2,016.48 | $1,008.24 |
| 5/1/2004 | $2,133.38 | $1,066.69 |
| 5/8/2004 | $1,367.10 | $683.55 |
| 5/15/2004 | $772.56 | $386.28 |
| 5/22/2004 | $1,439.59 | $719.80 |
| 5/29/2004 | $1,112.48 | $556.24 |
| 6/12/2004 | $1,866.00 | $933.00 |
| 6/27/2004 | $3,698.00 | $1,849.00 |
| 7/3/2004 | $1,711.27 | $855.64 |
| 7/17/2004 | $2,625.61 | $1,312.81 |
| 7/24/2004 | $2,148.00 | $1,074.00 |
| 7/31/2004 | $2,324.90 | $1,162.45 |
| 8/13/2004 | $2,169.12 | $1,084.56 |
| 8/26/2004 | $2,038.91 | $1,019.46 |
| 9/9/2004 | $2,252.75 | $1,126.38 |
| 10/9/2004 | $2,192.52 | $1,096.26 |
| 11/1/2004 | $1,126.71 | $563.36 |
| 11/13/2004 | $2,727.74 | $1,363.87 |
| 12/11/2004 | $3,018.52 | $1,509.26 |
| 1/31/2005 | $1,973.51 | $986.76 |
| 2/15/2005 | $2,146.00 | $1,073.00 |
| 2/28/2005 | $3,091.57 | $1,545.79 |
| 3/15/2005 | $3,413.63 | $1,706.82 |
| 3/30/2005 | $2,246.60 | $1,123.30 |
| 4/15/2005 | $1,902.98 | $951.49 |
| 5/27/2005 | $2,747.11 | $1,373.56 |
|  | $66,418.39 | $33,209.20 |

| # of wks | Piece Rate Amount | Average/Wk |
|---:|---:|---:|
| 64.86 | $33,209.20 | $512.04 |

| | |
|---|---:|
| Unpaid Wages | $5,834.73 |
| Total subj to 5% | $27,374.47 |
| 5% kickback | $1,368.72 |

Exhibit C