## Damages - Dong v. CCW Fashion Inc.

| Item | Yi Dong | Ru Zhao |
|---|---:|---:|
| Overtime & Min. Wage & Spread of Hours Claims | $80,534.12 | $23,457.61 |
| 5% Kick Back | $1,036.76 | $1,710.90 |
| Interest Owed | $892.13 | $592.87 |
| **Subtotal** | **$82,463.01** | **$25,761.39** |
| Non payment recovered | *$2,800.00* | *$2,800.00* |
| **Total Owed** | **$79,663.01** | **$22,961.39** |

Exhibit E