CCW  FASHION

# YI T. DONG
Average wages and 5% kickback calculation

| DATE PAY RECEIVED | ONE-HALF PIECE RATE WAGES |
|---|---|
| 2/2/2004 | $1,467.00 |
| 3/28/2004 | $2,257.34 |
| 4/26/2004 | $1,584.00 |
| 5/22/2004 | $1,594.00 |
| 6/21/2004 | $2,788.00 |
| 7/19/2004 | $960.16 |
| 8/9/2004 | $1,074.36 |
| 9/1/2004 | $1,265.72 |
| 10/1/2004 | $1,872.00 |
| 11/1/2004 | $2,464.00 |
| 11/15/2004 | $1,204.90 |
| 12/1/2004 | $1,204.90 |
| 12/27/2004 | $1,742.24 |
| 1/1/2005 | $411.60 |
| 1/10/2005 | $122.40 |
| 1/17/2005 | $825.40 |
| 1/24/2005 | $494.70 |
| 1/31/2005 | $249.00 |
| 2/7/2005 | $427.20 |
| 2/14/2005 | $2,100.00 |
| 2/21/2005 | $681.60 |
| 2/28/2005 | $2,072.80 |
| 3/7/2005 | $474.20 |
| 3/14/2005 | $1,741.20 |
| 3/21/2005 | $1,834.30 |
| 4/4/2005 | $948.00 |
| 4/11/2005 | $2,168.80 |
| 4/25/2005 | $933.60 |
| 5/16/2005 | $3,131.00 |
|  | $40,094.42 |

| # of wks | Amt for two workers | Average wage/wk for Dong |
|---|---|---|
| 67 | $40,094.42 | $299.21 |

Exhibit F