**DONG'S DAMAGE CLAIM**

| End Period | #Day/Wk | #Hrs/Day | #Hrs/wk | Hr Rate | Min Wage | OT | Total MW & OT Due | Total Wages Paid | MW & OT Owed | Spread of Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/28/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/5/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/12/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/19/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/26/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/2/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/9/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/16/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/23/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 11/30/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 12/7/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 12/14/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 12/21/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 12/28/03 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 1/4/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 1/11/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 1/18/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 1/25/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/1/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/8/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/15/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/22/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 2/29/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 3/7/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 3/14/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 3/21/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 3/28/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 4/4/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 4/11/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 4/18/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 4/25/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/2/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/9/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/16/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/23/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 5/30/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 6/6/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 6/13/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 6/20/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 6/27/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 7/4/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 7/11/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 7/18/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 7/25/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 8/1/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 8/8/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 8/15/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |

## DONG'S DAMAGE CLAIM

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/22/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 8/29/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 9/5/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 9/12/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 9/19/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 9/26/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/3/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/10/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $299.21 | $246.69 | $36.05 |
| 10/17/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | $131.65 | $414.25 | $36.05 |
| 10/24/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | | $545.90 | $36.05 |
| 10/31/04 | 7 | 12 | 84 | $5.15 | $432.60 | $113.30 | $545.90 | | $545.90 | $36.05 |
| 11/7/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 11/14/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 11/21/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 11/28/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 12/5/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 12/12/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 12/19/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 12/26/04 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 1/2/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 1/9/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 1/16/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 1/23/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 1/30/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 2/6/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 2/13/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 2/20/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 2/27/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 3/6/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 3/13/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 3/20/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 3/27/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 4/3/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 4/10/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 4/17/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 4/24/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 5/1/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 5/8/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 5/15/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 5/22/05 | 7 | 12 | 84 | $6.00 | $504.00 | $132.00 | $636.00 | | $636.00 | $42.00 |
| 5/29/05 | 5 | 12 | 60 | $6.00 | $360.00 | $60.00 | $420.00 | | $420.00 | $30.00 |
| | | | | | | | | | $33,938.00 | $3,338.90 |

| | | | | |
|---|---|---|---|---|
| NonPay | $9,441.28 | | FLSA and/or NYS Liq. Damages | $42,422.50 | $834.73 |
| Weeks | 31.56 | | | $76,360.49 | $4,173.63 |

| | |
|---|---|
| Piece rate wages received | $16,588.20 |
| 5% of the Cash - Kick back | $829.41 |
| Liq.Dam. | $207.35 |
| | $1,036.76 |

TOTAL MW, OT, & SOH Owed    **$80,534.12**

## DONG'S DAMAGE CLAIM

Prejudgment Interest Spread of Hours & Kickback Wages
Mid Point        6/20/2005
      2/3/03
      11/5/07
Years since midpoint     2.378082
S.O.H & Kickback Owed   $4,168.31
Interest owed            **$892.13**