# Dong v. CCW Fashion Inc.
## Attorney's Hours

| Date | Activity | Hours |
|---|---|---|
| 6/26/2006 | Draft complaint and filing papers incl cover sheet and summons | 3.50 |
| 12/13/2006 | Conf w. court - re discovery sched | 0.50 |
| 1/11/2007 | Intial disclosures and first discovery requests | 2.25 |
| 2/21/2007 | tc's and letter re amend discovery sched | 0.50 |
| 4/25/2007 | tcs w. defendants' counsel & amend disc. Sched | 0.50 |
| 7/17/2007 | ltr. To court regarding default | 0.50 |
| 11/2/2007 | draft memo of law in support of default judg | 2.75 |
| 11/5/2007 | draft declaration of KK for default - review of damage calculations | 4.25 |
| 11/6/2007 | correct and update damage calculations | 2.75 |
|  | draft plaintiffs' declarations | 0.75 |
|  | review and edit draft memo of law and KK decl | 2.50 |
| 11/13/2007 | review and edit draft memo of law and KK decl | 0.75 |
| 11/21/2007 | obtain clerk's certificate noting default | 0.25 |
| 12/3/2007 | review and edit draft memo of law and KK decl | 0.75 |
| 12/4/2007 | Review and put in final form, default papers including decl of KK, Memo of law and notice of motion | 1.50 |
|  |  | 24.00 |

**Exhibit H**