## KENNETH KIMERLING

### EDUCATION

Columbia College - 1966 A.B. in Government

Columbia Law School - 1969 J.D. <u>cum laude</u>

New York University Law School - 1969-1971 VISTA Lawyers Program

### EMPLOYMENT

1997 -        Asian American Legal Defense and Education Fund.- Legal Director

1997 -         Fordham Law School, Adjunct Professor

1972 - 1997:   Puerto Rican Legal Defense & Education Fund, Inc.,
                   Associate Counsel.
                   Acting President & General Counsel, 1992-1993.

    1976:   John Jay College of Criminal Justice, Adjunct Professor.

1971 - 1972:   Attica Defense Committee, volunteer attorney.

1969 - 1971:   VISTA Volunteer.

1968 - 1969:   NAACP Legal Defense & Educational Fund, Inc.,
                   law student intern.

### BAR ADMISSIONS

        Admitted to the Bar of New York State 1969.
        Admitted to practice before the following courts:
            United States Supreme Court
            United States Court of Appeals for the Second and Sixth Circuits
            United States District Courts for the Southern, Eastern, and
            Western Districts of New York, and the District of Connecticut.

<u>Exhibit I</u>

KENNETH KIMERLING

Partial List of Cases

## United States Supreme Court

Hernandez v. New York, 500 U.S. 352 (1991) (Jury discrimination against Latino criminal defendant).

Owens v. Okure, 488 U.S. 235 (1989) (Statute of limitations for constitutional claims under 42 U.S.C. ' 1983).

Attorney General of New York v. Soto-Lopez, 476 U.S. 898 (1986) (Right to travel and equal protection claim based on residency requirement).

Marino v. Ortiz, 484 U.S. 301 (1988) (Counsel for one of the respondents in companion case Hispanic Society, procedural issues in defense of a race conscious consent decree).

Guardians Association v. Civil Service Commission, 463 U.S. 482 (1983) (Co-counsel for petitioner, standards of proof under Title VI of the Civil Rights Act of 1964, 42 U.S.C. ' 2000d).

## Circuit and District Court

**Wage and Hour Cases**:

Yang  v. ACBL Corp., 2005 WL 331200 (S.D.N.Y. 2005)

Moon v. Kwon, 348 F.Supp 2d 201 (S.D.N.Y. 2002)

Chen v. Jenna Lane, 30 F.Supp.2d 622 (S.D.N.Y. 1988)

Liu v. Donna Karan International, 2001 WL 8595 (S.D.N.Y. 2001)

Chung v.New Silver Palace Restaurant, 246 F.Supp 2d 220 (S.D.N.Y. 2002) and 272 F.Supp2d 314 (S.D.N.Y. 2003)

Xia v. Odds & Evens Trading Co. Inc., 01 CV 0334 (E.D.N.Y 2006.)

 Liu v. Jen Chu Fashion, 2004 WL 33412 (S.D.N.Y. 2004).

1

**Employment Discrimination:**

Hispanic Society v. NYC Department of Sanitation, 88 Civ. 3085 (MGC) (S.D.N.Y. 1991) (Title VII claim involving civil service promotion to Supervisor, New York City Department of Sanitation).

Hispanic Society v. NYC Police Department, 527 F.Supp 751 (S.D.N.Y. 1981) (Title VII claim involving civil service promotion to Sergeant, New York City Police Department).

**Housing Discrimination:**

Huertas v. East River Housing Corp., 674 F.Supp. 440 (S.D.N.Y. 1987) (Discrimination claim involving the sale of 4500 moderate income cooperative apartments).

Arthur v. Starrett City, 79 Civ. 3096 (ERN) (E.D.N.Y. 1985) (Discrimination claim against owner of 5800 rental units and New York State).

**Education Rights**:

United States v. Board of Education of Waterbury, Connecticut, 560 F.2d 1103 (2d Cir. 1977) (School desegregation).

Parents Committee of P.S. 19 v. Community School Board of District No. 14, 524 F.2d 1138 (2d Cir. 1975) (Rights to an equal educational opportunity for children in double sessions).

**Voting Rights:**

Puerto Rican Coalition v. O'Tremba, B-88-281 (D. Ct. l982) (Rights to bilingual registrars in Connecticut).

Marquez v. Falcey, Civ. No. 1447-73 (D.N.J. 1976) (Rights to bilingual election materials and assistance in New Jersey).