EXHIBIT J

| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |
|---|---|---|

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF NEW YORK**

E583489

at _____

RECEIVED FROM  Asian American
06cv 4973 (LAP)

```
                              510000    $190.00
                              086400    $100
==================================================
                    GRAND TOTAL                $350.00
```

| Fund |  |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
|  | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

```
INVOICE # 3333
DATE\TIME: 6/28/2006 11:16:19 AM
CASHIER: Marc #10
STATION: 01
==================================================
COMPLAINT 4/06              $350.00
            086900  $60.
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE _____ 20 ___ | Cash | Check | M.O. | Credit | DEPUTY CLERK: MQ

(518) 463-4179  
(800) 828-4428  
(518) 463-3752 Fax  
www.servico.com  
14-1638171 Tax I.D. No.

# INVOICE
# SERVICO
P.O. 871  
Albany, N.Y. 12201

INVOICE # SP0603387

| 11142 | 2129665932 | YOUR FILE # | DATE 10/4/2006 |

**SOLD TO:**  
ATTN: Kenneth Kimerling  
Asian American Legal Defense and Educatio  
99 Hudson Street, 12th Floor  
New York, NY 10013-2815

**SHIP TO:**  
Kenneth Kimerling  
Asian American Legal Defense and Educatio  
99 Hudson Street, 12th Floor  
New York, NY 10013-2815

| | PRICE |
|---|---|
| Yi T. Dong and Ru H. Zhao | |
| VS | |
| CCW Fashion Inc., et al | |
| SERVICE ON : 53 Fashion Inc. | |
| WE HAVE RECEIVED YOUR PREPAYMENT OF $60.00 Check #3525 | 0.00 |
| SERVICE OF PROCESS | 15.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPT. OF STATE | 40.00 |
| AFFIDAVIT AND RECEIPT NO. 200610020579 | 0.00 |



Balance Due  $60.00

- THANK YOU • PAY THIS INVOICE UPON RECEIPT -

RETURN GREEN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS  
NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

CUSTOMER COPY        "EVERY SERVICE REQUIRED IN ALBANY"        Biller _____